UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA LUCAS,

          Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

          Defendant.
_____/

Case No. 22-cv-12804

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

**ORDER:
(1) ADOPTING MAGISTRATE JUDGE ANTHONY P. PATTI'S FEBRUARY 26, 2024 REPORT AND RECOMMENDATION (ECF NO. 20);
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 17)
(3) GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD (ECF NO. 16); AND
(3) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

On February 26, 2024, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Judgment on the Administrative Record. (ECF No. 20, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Patti's February 26, 2024 Report and Recommendation (ECF No. 20) is ADOPTED;

(2) Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED;

(3) Defendant's Motion for Judgment on the Administrative Record (ECF No. 16) is GRANTED; and

(3) this Case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 12, 2024                                s/ Paul D. Borman
                                                     Paul D. Borman
                                                     United States District Judge